IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY MCCOWIN, ) | 4:13CV3132 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| NEBRASKA STATE ) | |
| PENITENTIARY, ) | |
| ) | |
| Respondent. ) | |

    This matter is before the court on its own motion. Petitioner Gary McCowin ("McCowin") has filed a Petition for Writ of Habeas Corpus in this matter. (Filing No. 1.) On October 8, 2013, the court ordered Petitioner to show cause why this matter should not be dismissed without prejudice due to Petitioner's failure to exhaust his state court remedies prior to filing his habeas petition in this court. (Filing No. 9.) The court warned Petitioner that failure to respond to the court's order would result in dismissal of this matter without further notice. (*Id.*) Petitioner has not responded to the court's order, and the time in which to do so has now passed. Accordingly,

    IT IS THEREFORE ORDERED that: McCowin's Petition for Writ of Habeas Corpus (Filing No. 1) is dismissed without prejudice. A separate judgment will be entered in accordance with this memorandum and order.

    DATED this 13th day of November, 2013.

                                      BY THE COURT:

                                      *Richard G. Kopf*
                                      Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.